| Text Version | Smart Leave and Earnings Statement | Help | Main | Exit |
|---|---|---|---|---|
| | Printer Friendly Version   HTML Version   View More 12/08/2018  Go | | | |

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| 1. Pay Period End | 03/30/19 |
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3878 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|
| FED  M  1  0<br>PA   M  0  0 | 420485  M  0  0  COATESVILLECTY | 4,642.22 | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | TSP DATA | 5% | |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | | |
| ARC | | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 30.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.83 | 14.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS ███████0 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

**HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

    Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphics Version of your LES, click on the 'Text Version' link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

## Smart Leave and Earnings Statement

Printer Friendly Version | HTML Version | View More 12/22/2018 | Go

### CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. Pay Period End | 03/30/19 |
|---|---|
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3878 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l | 18. Tax Marital Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|
| Status | Status | | |
| FED  M   1   0 | 420485  M   0   0   COATESVILLECTY | 4,642.22 | |
| PA   M   0   0 | | | |

| 21. | Current | Year to Date | | 22. | | |
|---|---|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,582.40 | | TSP DATA | 5% | |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | | | |
| AEIC | | | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | | | |

#### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

#### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

#### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 |  39.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

#### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

#### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS ****500 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.
- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.
- You can save your LES as an HTML file on a disk or your hard drive.
- Your LESs will remain available for a limited time after your Separation.
  Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.
- If you are having trouble reading the Graphics Version of your LES, click on the "Text Version" link.
- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

**Text Version**  Smart Leave and Earnings Statement        Help  Main  Exit

Printer Friendly Version | HTML Version     View More [01/05/2019 ▾] Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| 1. Pay Period End | 03/30/19 |
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3876 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS | 20. Military Deposit |
|---|---|---|---|---|---|---|
| FED M 1 0 | 420485 M | 0 | 0 | COATESVILLECTY | 4,642.22 | |
| PA M 0 0 | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | TSP DATA | 5% |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | |
| DEDUCTIONS | 1,036.77 | 7,523.39 | | |
| AEIC | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328062G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 29.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, PERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER ▬▬▬▬00 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

---

**HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings Information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

    Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphical Version of your LES, click on the "Text Version" link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

| Text Version | Smart Leave and Earnings Statement | Help | Main | Exit |

Printer Friendly Version | HTML Version | View More 01/19/2019 | Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. Pay Period End | 03/30/19 |
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.60 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3878 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS. | 20. Military Deposit |
|---|---|---|---|
| FED  M  1  0 | 420485  M  0  0  COATESVILLECTY | 4,642.22 | |
| PA  M  0  0 | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | TSP DATA | 5% | |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | | |
| AEIC | | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 29.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER _____ - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $: 143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

---

HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

  Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphics Version of your LES, click on the "Text Version" link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

## Smart Leave and Earnings Statement

Text Version | Printer Friendly Version | HTML Version | View More 02/02/2019 | Go | Help | Main | Exit

### CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. Pay Period End | 03/30/19 |
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3878 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|---|---|---|---|
| FED M 1 0 | 420485 | M | 0 | 0 | COATESVILLECTY | 4,642.22 | |
| PA M 0 0 | | | | | | | |

| 21. | Current | Year to Date | | 22. | | |
|---|---|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | | TSP DATA | 5% | |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | | | |
| AEIC | | | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 29.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS ███████600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

---

HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive

- Your LESs will remain available for a limited time after your Separation.

  Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphical Version of your LES, click on the "Text Version" link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

**Text Version** | Smart Leave and Earnings Statement | Help | Main | Exit

Printer Friendly Version | HTML Version | View More 02/16/2019 | Go

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. Pay Period End | 03/30/19 |
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3878 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l | 18. Tax Marital Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS | 20. Military Deposit |
|---|---|---|---|
| Status | Status | | |
| FED  M   1   0 | 420485   M   0   0   COATESVILLECTY | 4,642.22 | |
| PA   M   0   0 | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | TSP DATA | 5% | |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | | |
| DEDUCTIONS | 1,036.77 | 7,523.39 | | | |
| AEIC | | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420352 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 29.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER████████600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

---

**HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version

- The "View More" option will allow you to view and/or print your Leave and Earnings Information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive

- Your LESs will remain available for a limited time after your Separation

  Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphics Version of your LES, click on the "Text Version" link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative

Top

**Text Version** | Smart Leave and Earnings Statement | Help | Main | Exit

Printer Friendly Version | HTML Version | View More 03/02/2019 ▼ Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| 1. Pay Period End | 03/30/19 |
| 2. Pay Date | 04/05/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. PLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3678 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Status Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|
| FED M 1 0 | 420485 M 0 0 COATESVILLECTY | 4,842.22 | |
| PA M 0 0 | | | |

| 21. | Current | Year to Date | | 22. | | |
|---|---|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | | TSP DATA | 5% | |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | | | |
| AEIC | | | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 39.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | PEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER ▓▓▓▓▓▓4600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version

- The "View More" option will allow you to view and/or print your Leave and Earnings Information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

    Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you are having difficulty viewing the Graphical Version of your LES, click on the "Text Version" link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

Case 19-11052-amc   Doc 10   Filed 04/09/19   Entered 04/09/19 13:18:02   Desc Main
Document     Page 8 of 9

myPay                                                                                                    Page 1 of 1

**Text Version**  Smart Leave and Earnings Statement                          Help | Main | Exit

Printer Friendly Version | HTML Version    View More 03/16/2019  ▼  Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | |
|---|---|---|
| 1. Pay Period End | 03/30/19 | |
| 2. Pay Date | 04/05/19 | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3878 | 0.00 | N | 11/22/04 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|---|---|---|
| FED M 1 0 | 420485 M | 0 | 0 | COATESVILLECTY | 4,642.22 | |
| PA  M 0 0 | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | TSP DATA | 5% |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | |
| AEIC | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| PEGLI | Q3 | 9.75 | 68.25 | PEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, PERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002Q | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | 29.00 | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,012.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 667.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER  DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

---

**HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings Information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

  Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Printer Friendly Version of your LES, click on the Text Version link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top

**Text Version** | Smart Leave and Earnings Statement | Help | Main | Exit

Printer Friendly Version | HTML Version | View More 03/30/2019 | Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | | |
|---|---|---|
| 1. Pay Period End | 03/30/19 | |
| 2. Pay Date | 04/05/19 | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES AARON | WG 10 05 | 29.79 | 44.69 | 0.00  0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3678 | 0.00 | N | 11/22/94 | 240 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment (#) | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax Marital Exemptions Add'l Status | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|
| FED  M  1  0<br>PA   M  0  0 | 420485  M  0  0  COATESVILLECTY | 4,042.22 | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2,383.20 | 16,682.40 | TSP DATA | 5% |
| TAXABLE WAGES | 2,120.53 | 14,842.26 | | |
| NONTAXABLE WAGES | 143.51 | 1,006.02 | | |
| TAX DEFERRED WAGES | 119.16 | 834.12 | | |
| DEDUCTIONS | 1,056.77 | 7,523.39 | | |
| AEIC | | | | |
| NET PAY | 1,326.43 | 9,159.01 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2,383.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Q3 | 9.75 | 68.25 | FEGLI OPTNL | BC | 42.24 | 295.68 |
| FEHB | 483 | 143.51 | 1,006.02 | MEDICARE | | 32.48 | 227.31 |
| OASDI | | 138.87 | 971.94 | RETIRE, FERS | K | 19.07 | 133.49 |
| VCS DEDUCT | JC | 125.00 | 1,000.00 | TAX, FEDERAL | | 165.69 | 1,159.66 |
| TAX, LOCAL | 420485 | 55.99 | 391.90 | TAX, LOCAL | 420332 | 0.00 | 0.00 |
| TAX, STATE | PA | 68.76 | 481.27 | TSP LOANS | 328002G | 89.25 | 624.75 |
| TSP LOANS | 508003R | 47.00 | 329.00 | TSP SAVINGS | | 119.16 | 834.12 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 54.75 | 8.00 | 48.00 | _29.00_ | 72.50 | 0.00 | 30.25 | |
| SICK | 20.75 | 4.00 | 24.00 | 0.00 | 4.50 | 0.00 | 40.25 | |
| COMPENSATORY | 2.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 1.50 | |
| HOLIDAY | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 34.16 | FEHB | 430.54 | 3,018.13 |
| MEDICARE | 32.48 | 227.31 | OASDI | 138.87 | 971.94 |
| RETIRE, FERS | 326.50 | 2,285.50 | TSP BASIC | 23.83 | 166.81 |
| TSP MATCHING | 95.33 | 662.31 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS  DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   143.51
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

**HELP INFO**

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings Information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.

- Your LESs will remain available for a limited time after your Separation.

    Civilian - Your last 26 LES's will remain available until they have cycled off through normal pay period updates.

- If you have trouble reading the Graphics Version of your LES, click on the "Text Version" link.

- For recalculations, corrections and adjustments to your Leave and Earnings statements, please contact your local Pay Office or Customer Service Representative.

Top