# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11052-AMC

AARON JONES

15 MARY STREET

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AARON JONES

    15 MARY STREET

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    ALLAN K MARSHALL ESQUIRE
    1819 JFK BLVD
    STE 400
    PHILA, PA 19103-

                                        /S/ William C. Miller

Date: 5/3/2019                                  _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee