UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Aaron Jones

                                      Chapter: 13,
                                      BANKRUPTCY NO: 19-11052-AMC

*****************************************************************

*Order*

*****************************************************************

    AND NOW, this _____ day of _____ 2019, upon consideration of Trustee's Motion, an Answer and a Hearing,

    IT IS HEREBY ORDERED

    That the Trustee's Motion be denied.

SO ORDERED                                    BY THE COURT

                                                    _____
                                                    U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Aaron Jones

Chapter: 13,
BANKRUPTCY NO: 19-11052-AMC

*******************************************************************

*Debtor's Answer to The Trustee's Motion to Dismiss*

*******************************************************************

Debtor, by attorney, Allan K. Marshall, Esq. states the following:

1. Debtor has already attended the 341 Meeting.

2. Debtor wants to be present in court to explain his situation and his plan to cure the missing payments to the trustee. However, debtor's wife is in the hospital and debtor has to attend to her needs and therefore, cannot be present in court on 6/4/19.

3. Debtor requests a 30-day continuance for the hearing on the Trustee's Motion to Dismiss.

WHEREFORE, Debtor prays that the court Deny the Trustee's Motion to Dismiss or continue this Hearing and for such additional or alternative relief as may be just and proper.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esq.
Attorney for Debtor
215-569-1904
1819 JFK Blvd # 400
Phila. PA 19103

May 30, 2019

**Certification of Service**

A copy of the above pleading is being electronically served.