United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aaron Jones  
      Debtor

Case No. 19-11052-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 10, 2019  
                                Form ID: pdf900     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.

```
db             +Aaron Jones,    15 Mary St,    Coatesville, PA 19320-4000
14276288        Brandiwine Hospital,    Reecevill St,    Coatesville, PA 19320
14276289       +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
14276291      ++MID ATLANTIC FINANCE,    4592 ULMERTON ROAD,    CLEARWATER FL 33762-4107
                (address filed with court: Mid Atlantic Finance Co,    Attn: Bankruptcy,
                 4592 Ulmerton Rd, Ste 200,    Clearwater, FL 33762)
14276290       +Mccabe Weissberg- Att: Margaret Gairo,    123 S. Broad St #1400,    Philadelphia, PA 19109-1060
14276292       +Mr. Cooper Group (FKA, Pacific Union),    P.O. Box 619098,    Dallas, TX 75261-9098
14317647      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    dba Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14278937       +Nationstar Mortgage LLC,    dba Mr. Cooper,    Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14276294       +Premium Auto,    Pob 59,    Prospect Park, PA 19076-0059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 11 2019 02:32:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2019 02:32:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 11 2019 02:32:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14276293       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 11 2019 02:32:12     PECO,    P O Box 37629,
                 Philadelphia, PA 19101-0629
14313815       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2019 02:37:12     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14276295       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 11 2019 02:37:10     Regional Acceptance Co,
                 Attn: Bankruptcy,    Po Box 1487,    Wilson, NC 27894-1487
                                                                                              TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ALLAN K. MARSHALL    on behalf of Debtor Aaron  Jones akm6940@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON JONES                                     Chapter 13

                        Debtor          Bankruptcy No. 19-11052-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103-

Debtor:
AARON JONES

15 MARY STREET

COATESVILLE, PA 19320